Memorandum Decisions.

Jacksonville, Tampa and Key West Railway Company,
Appellant, vs. E. A. Perry, Governor; W. D.
Barnes, Comptroller; C. L. Mitchell, Commissioner
of Lands and Immigration; E. S. Crill, Treasurer;
C. M. Cooper, Attorney-General, *ex-officio* Trustees
of the Internal Improvement Fund of the State of
Florida; The Florida Southern Railway Company;
The Pensacola and Atlantic Railroad Company,
and The Florida Coast Line Canal and Transporta-
tion Company, Appellees.

Appeal from Circuit Court, Putnam county.

*T. M. Day, Jr., R. H. Liggett and J. R. Parrott*, for
Appellant.

*Geo. P. Raney*, for E. A. Perry *et al.*, Trustees, etc.

*R. W. & W. M. Davis*, for Florida Southern Rail-
way Company.

*W. A. Blount*, for Pensacola and Atlantic Railroad
Company.

*P. W. White*, for Florida Coast Line Canal and
Transportation Company.

The bill in this cause was filed by the appellant
against the appellees. There was decree for the defend-
ants, and the complainant appeals.

Appeal dismissed on motion of counsel for appel-
lant.